FILED

08 JUN 10 PM 12: 27

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Criminal Case No. '08 CR 1894 WQH |
| v. | ) | INDICTMENT |
| ALLAN RAY WEST (1), STEVEN PATRICK BERNAL (2), Defendants. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

On or about May 26, 2008, within the Southern District of California, defendants ALLAN RAY WEST and STEVEN PATRICK BERNAL did knowingly and intentionally import 100 kilograms and more, to wit: approximately 132.64 kilograms (291.81 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//

//

//

JPME:fer:Imperial
6/6/08

Count 2

On or about May 26, 2008, within the Southern District of California, defendants ALLAN RAY WEST and STEVEN PATRICK BERNAL did knowingly and intentionally possess, with intent to distribute, 100 kilograms and more, to wit: approximately 132.64 kilograms (291.81 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: June 10, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
JAMES P. MELENDRES
Assistant U.S. Attorney