FILED 2008 JUL 21 AM 10:28
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

FILED 08 JUL 22 AM 11:18
CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA, Plaintiff,

vs.

STEVEN PATRICK BERNAL (2), Defendant.

CASE NO. 08CR1894-WQH

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 21 USC 952 and 960 IMPORTATION OF MARIJUANA; 21 USC POSSESSION OF MARIJUANA WITH INTENT TO DISTRIBUTE AND 18 USC AIDING AND ABETTING

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 21, 2008

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal ~~Judgement and Commitment~~ on 7/23/08

United States Marshal

By: [signature]
USMS Criminal Section

ENTERED ON 7/22/08